UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:18cr 46 (VAB) |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| NICHOLAS AURORA JR. | : | 21 U.S.C. §§ 841(a)(1) and (b)(1)(E)(i) |
| | : | (Possession with Intent to Distribute |
| | : | Anabolic Steroids) |

INFORMATION

United States District Court
District of Connecticut
FILED AT   BRIDGEPORT
_March 14_, 20_18_
Robin D. Tabora, Clerk
By_____
Deputy Clerk

The United States Attorney charges:

COUNT ONE
(Possession with Intent to Distribute Anabolic Steroids)

From in or about September 2016 to in or about December 2017, in the District of Connecticut, the defendant NICHOLAS AURORA JR. knowingly and intentionally possessed with intent to distribute anabolic steroids, a Schedule III controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(E)(i).

UNITED STATES OF AMERICA

_____
MICHAEL J. GUSTAFSON
FIRST ASSISTANT U.S. ATTORNEY

_____
SARAH P. KARWAN
ASSISTANT UNITED STATES ATTORNEY